# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| IN RE LORENZO LUCIANO LOPEZ,<br><br>Debtor.<br>_____<br><br>JOHNATHAN RYAN DARGER,<br><br>Appellant,<br><br>v.<br><br>LON A. JENKINS, Chapter 13 Trustee, and AUNTIE TUT TRUST,<br><br>Appellees. | BAP No. UT-25-3<br>BAP No. UT-25-4<br>BAP No. UT-25-5<br><br><br><br><br><br><br>Bankr. No. 24-26705<br>Chapter 13<br><br><br><br>ORDER DISMISSING APPEALS FOR FAILURE TO PROSECUTE |

_____

Before **JACOBVITZ**, **HALL**, and **LOYD**, Bankruptcy Judges.

_____

On March 4, 2025, the Court dismissed UT-25-3, UT-25-4, and UT-25-5 for failure to prosecute. After Appellant cured the deficiencies, the Court reopened each case and set the new brief and appendix deadlines in each case as April 21, 2025, which Appellant failed to meet.

On April 29, 2025, the Court issued a Notice of Deficiency in each case ordering Appellant to file his briefs and appendices by May 13, 2025, or the appeals would be

dismissed. The deadline to comply with the Notice of Deficiency has now expired, and Appellant has failed to file any briefs and appendices.

Accordingly, it is HEREBY ORDERED that these appeals are DISMISSED for failure to prosecute. Fed. R. Bankr. P. 8003(a)(2); 10th Cir. BAP L.R. 8026-4(c). Each dismissal is subject to Appellant's right to cure the deficiency within the fourteen (14) day rehearing period provided by Federal Rule of Bankruptcy Procedure 8022 by filing an opening brief and appendix in each case with this Court.

For the Panel

*Anne Zoltani*

Anne Zoltani
Clerk of Court